IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of DIAMOND SERVICES CORPORATION, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO.: 3:21-CV-00078 |
| T.W. LAQUAY MARINES, LLC and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § | |
| Defendants. | § § | |

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S DESIGNATION OF EXPERT WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(2), the Court's Docket-Control Order dated June 16, 2021 [Dkt. 23], Defendant, Travelers Casualty and Surety Company of America ("Travelers"), hereby makes the following designation of expert witnesses. Travelers reserves the right to amend or supplement this disclosure.

Ryan D. Dry
KREBS FARLEY & DRY, PLLC
909 18th Street
Plano, Texas 75074
(972) 737-2517

Mr. Dry is a Partner with the law firm of Krebs Farley & Dry, PLLC and is lead counsel for Travelers in this case. Mr. Dry may testify regarding one or more of the following: (a) the reasonable and necessary time and labor required in prosecuting or defending the suit by all parties; (b) the novelty and difficulty of the legal questions; (c) the skill required to perform the legal services properly; (d) the experience, reputation, and ability of the attorneys involved; (e) awards in similar cases. Ryan D. Dry will also testify regarding the reasonable and necessary attorney's fees on appeal if such is taken.

Mr. Dry has been licensed in the State of Texas since 2005. He is admitted to practice in all courts in the State of Texas, Arkansas, and Oklahoma, and the Federal District Courts for the Northern, Southern, Eastern and Western Districts of Texas.

The opinions of Mr. Dry will be based upon a review of all the pleadings, motions, and fee statements in this case, as well as his experience in the preparation of a case for trial. Mr. Dry may offer testimony in his field(s) of expertise in rebuttal to the opinions or testimony of any other party's expert witnesses. Mr. Dry has been involved in numerous lawsuits and is familiar with matters such as those presented in this lawsuit. For a copy of Mr. Dry's resume, please see: https://www.krebsfarley.com/ryandry.

Travelers hereby cross-designates and may call to testify as an adverse witness any expert witnesses timely and properly designated by any other party. Travelers further reserves its right to supplement and amend this designation.

Respectfully submitted,

**KREBS FARLEY & DRY, PLLC**

By: _/s/ Steven K. Cannon_

Ryan D. Dry
State Bar No. 24050532
Steven K. Cannon
State Bar No. 24086997
909 18th Street
Plano, TX 75074
(972) 737-2517 Telephone
(972) 737-2543 Facsimile
rdry@krebsfarley.com
scannon@krebsfarley.com

David J. Krebs
State Bar No. 24057678
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 299-3570 Telephone
(504) 299-3582 Facsimile
dkrebs@krebsfarley.com

**ATTORNEYS FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was served upon the following pursuant to the Federal Rules of Civil Procedure on this the 11th day of November, 2021.

_/s/ Steven K. Cannon_
Steven K. Cannon