UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DIAMOND SERVICES CORPORATION | § | |
| | § | |
| VS | § | C.A. NO. 3:21-cv-00078 |
| | § | |
| TW LAQUAY MARINE, LLC ET AL | § | |

### T.W. LAQUAY'S NOTICE OF FILING PETITION IN BANKRUPTCY AND AUTOMATIC STAY

COMES NOW Defendant T.W. LaQuay Marine, LLC ("LaQuay"), and, provides notice to this Honorable Court regarding a bankruptcy filing and automatic stay, and would respectfully show as follows:

On December 13, 2021, LaQuay filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas, Victoria Division (the "Bankruptcy Court"), Case No. 21-60101, attached as Exhibit A.

In accordance with the automatic stay imposed by § 362 of the Bankruptcy Code, from and after the Petition Date, no cause of action arising prior to the Petition Date, or relating to the period prior to the Petition Date, may be commenced or prosecuted against the Debtor, and no related judgment may be entered or enforced against the Debtor outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay. Accordingly, all actions in which the Debtor is named as a Defendant, including the captioned matter, are enjoined as they relate to the Debtor and, as a result, may

not be prosecuted, and no valid judgment may be entered or enforced against the Debtor in respect of any such action.

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine
SBN 24060485 / SDTX 1786163
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:   713-653-5600
Facsimile:   713-653-5656
***Attorneys for Defendant,
T.W. LaQuay Marine, LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that service of the foregoing was automatically accomplished on all counsel of record via CM/ECF Notice of Electronic Filing, in accordance with the Federal Rules of Civil Procedure on this 31st day of January, 2022.

*/s/ Eric J. Rhine*
Eric J. Rhine
