| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> **SOUTHERN DISTRICT OF TEXAS** | ☐ Check if this is an amended filing |
| Case number (if known): _____ Chapter __11__ | |

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   T.W. LaQuay Marine, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 5 – 0 6 1 7 1 5 0

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 24 Fisher Road <br> Number   Street | P.O. Box 24 <br> Number   Street |
   | | P.O. Box |
   | Port Lavaca   TX   77979 <br> City   State   ZIP Code | Port Lavaca   TX   77979 <br> City   State   ZIP Code |
   | Calhoun <br> County | Location of principal assets, if different from principal place of business |
   | | 1800 S. Virginia St. <br> Number   Street |
   | | Port Lavaca   TX   77979 <br> City   State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____


EXHIBIT A

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **T.W. LaQuay Marine, LLC**      Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor **T.W. LaQuay Marine, LLC**      Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                               MM/DD/YYYY
          District _____ When _____ Case number _____
                               MM/DD/YYYY
          District _____ When _____ Case number _____
                               MM/DD/YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes. Debtor **Timothy W. LaQuay**     Relationship **Affiliate**
            District **Southern District of Texas**     When **12/09/2021**
            Case number, if known **21-60099**

            Debtor **Linda F. LaQuay**     Relationship **Affiliate**
            District **Southern District of Texas**     When **12/09/2021**
            Case number, if known **21-60099**

11. **Why is the case filed in this district?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  T.W. LaQuay Marine, LLC _____   Case number (if known) _____

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention?   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?
_____
Number   Street

_____

_____
City                                State   ZIP Code

Is the property insured?

☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☒ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☒ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☒ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

Debtor  T.W. LaQuay Marine, LLC _____  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-12-2021
MM / DD / YYYY

X  *Linda LaQuay*
Signature of authorized representative of debtor

Linda LaQuay
Printed name

Vice-President
Title

18. Signature of attorney

X _____  Date 12/13/2021
Signature of attorney for debtor            MM/ DD/ YYYY

Richard Lee Fuqua II
Printed name

Fuqua & Associates, P.C.
Firm name

8558 Katy Freeway
Number     Street

Suite 119

Houston                                    TX          77024
City                                       State       ZIP Code

(713) 960-0277                             RLFuqua@FuquaLegal.com
Contact phone                              Email address

07552300                                   TX
Bar number                                 State

A4 Auto Supply Inc.
1824 State Hwy 100
Port Lavaca, TX 78578

Aggreko
PO Box 972562
Dallas, TX 75397-2562

Ameican Express
2401 Fountain View Dr, Ste 306
Houston, TX 77057-4854

Apollo Electric Inc.
PO Box 450527
Houston, TX 77245

Auto Parts & Machine Co.
PO Box 145
Port Lavaca, TX 77979

Berthold
99 Midway Lane
Oak Ridge, TN 37830

Bludworth Shipyard
3101 Navigation Blvd
Corpus Christi, TX 78402

Brownsville - GMS LTD
PO Box 8518
Brownsville, TX 78526-8518

Brownsville Navigation District
1000 Foust Road
Brownsville, TX 78521

C-D Electric
617 High Starr
Corpus Christi, TX 78408

Caillou Island Towing Co Inc.
PO Drawer 2568
Houma, LA 70361

City of Port Lavaca

202 North Virginia
Port Lavaca, TX 77979

City of Victoria
PO Box 1279
Victoria, TX 77902-1279

Coastal Nail & Tool
747 W. Main St.
Port Lavaca, TX 77979

Cohen Seglias
1600 Market Street 32nd Floor
Philadelphia, PA 19103

Collins Supply Inc.
118 Stoner Rd
Victoria, TX 77901

CORMA Toll Processing Services
3461 Carmen Avenue
Rancho Viejo, TX 78575

Crisp Industries Inc.
PO Box 326
323 Energy Way
Bridgeport, TX 76426

Culligan of Victoria
1904 Sam Houston Dr
Victoria, TX 77901

Dakota Financial
1166 Wilshire Blvd, Ste 550
Los Angeles, CA 9025

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0039

Diers and Stark, Inc.
9101 Lisa Lane
Port Arthur, TX 77640

DXP Enterprises Inc.

PO Box 840511
Dallas, TX 75284-0511

Fastenal Company
PO Box 1286
Winona, MN 55987-1286

Fire Monster
PO Box 339
Goliad, TX 77693

FireTron
PO Box 1604
Stafford, TX 77497

FLASH Equipmnt Service Inc.
1611 Beachcomber Lane
Houston, TX 77062

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Gardenland Nursery
2802 Hwy 87
Port Lavaca, TX 77979

Garland R. Sandhop, CPA
608 North Wells
Edna, TX 77957-2719

Gulf Intercoastal Canal Assn
PO Box 321649
Cocoa Beach, FL 32932

Holt CAT
PO Box 650345
Dallas, TX 75265-0345

Hurt's Wastewater Management
PO Box 662
321 Hwy 172
Ganado, TX 77962

Hydra Works LLC

60185 Camp Villere Rd
Slidell, LA 70460-4221

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate All Battery Center
5210 John Stockbauer
Victoria, TX 77904

IntraTug
PO Box 577
Maurice, LA 70555

K&K Repair Services Inc
PO Box 427
Telferner, TX 77988

Kennedy Wire Rope & Sling Co
PO Box 4016
Corpus Christi, TX 78469

Linda LaQuay
24 Fisher Road
Port Lavaca, TX 77979

Magic Industries
2308 South Laurent
Victoria, TX 77901

Manson Construction Co.
5985 Richard St, Ste 1
Jacksonville, FL 32216

Marine Gears, Inc.
PO Box 689
Greenville, MS 38702-0689

Master Pumps & Equipment
PO Box 679979
Dallas, TX 75267-9979

Melstans, Inc.
PO Box 845

Port Lavaca, TX 77979

Mid Coast Power LLC
O Box 800
Port Lavaca, TX 77979

Mid-Coast Supply
3354 Nacogdoches Road`
San Antonio, TX 78217

MNI Diesel LLC
PO Box 266334
Houston, TX 77207

Motion Industries
PO Box 849737
Dallas, TX 75284-9737

Mustang Cat
PO Box 4346 Dept 144
Houston, TX 77210-4346

Naegeli Transportation Inc.
7201 Easthaven Blvd
Houston, TX 77017

NewFirst Insurors
1120 Capital of Texas Hwy
Bldg 30300
Austin, TX 78746-6481

Next Level Capital Solutions
2200 Market St, Ste 412
Galveston, TX 77550

Novak Diesel Service, LLC
711 State Hwy 111 N
Edna, TX 77957

Odessa Pumps & Equipment Inc.
Wells Fargo Lockbox
Attn: Odessa Pumps & Equipment
PO Box 207614
Dallas, TX 75320-7614

Oil Patch Fuel & Supply Inc.
PO Box 1089
Combes, TX 78535

Oil Patch Petroleum, Inc.
1526 N Padre Island Dr
Corpus Christi, TX 78408-2346

Palacios Shipyard
PO Box 590
Palacios, TX 77465

Plains Capital Bank
500 N Shoreline Blvd, Ste 200
Corpus Christi, TX 78401

Port O'Connor Improvement Dist
PO Box 375
Port O'Connor, TX 77982

Port of Brownsville
1000 Foust Road
Brownsville, TX 78521

Power Repair Service Inc.
314 McBride Lane
Corpus Christi, TX 78408

Principal Financial Group
PO Box 10372
Des Moines, IA 50306-0372

Raymond Rigby
170 Creekview
Port Lacaca, TX 77979

RES
PO Box 848545
Dallas, TX 75284-8545

Rio Marine, Inc.
PO Box 231609
Houston, TX 77223-1609

Roberts, Roberts, Odefey, et al.

PO Box 9
Port Lavaca, TX 77979

Ryan D. Dry
Krebs Farley, et al
909 18th St.
Plano, TX 75074

Schouest, Bamdas, Soshea et al.
1001 McKinney St., Ste 1400
Houston, TX 77002

Sea Ranch at South Point
PO Box 2910
South Padre Island, TX 78597

Sewart Supply LLC
PO Drawer L
Morgan City, LA 70384

Steve Atkinson Carpentry
37 Cirrus North
Los Fresnos, TX 78566

Steven Kyle Cannon
Krebs Farlet et al
909 18th St.
Plano, TX 75074

Sun Coast Resources Inc.
PO Box 202603
Dallas, TX 75320-2603

Texas Commercial Fire & Safety
PO Box 238
Bay City, TX 77404-0238

Texas Funding Corp
PO Box 19562
Houston, TX 77224

Texas Glass & Tinting
103 E. Mockingbird Ln, Ste B
Victoria, TX 77904

Texas Gold Hydraulics Inc
PO Box 4107
Victoria, TX 77903-4107

The Greenhouse
704 North Virginia
Port Lavaca, TX 77979

The Port Occupational & Medical
PO Box 6582
McAllen, TX 78502

Tim Million
Husch Blackwell LLP
600 Travis St, Ste 2350
Houston, TX 77002

Timothy W. LaQuay
24 Fisher Road
Port Lavaca, TX 77979

Tool Parts & Equipment
7770-A Padre Island Hwy
Brownsville, TX 78521

Travelers Casualty And Surety
One Tower Square
Hartford, CT 06183-6014

Tri Wholesale Co
PO Box 540
Port Lavaca, TX 77979

Triple D Security Corporation
PO Box 2346
Victoria, TX 77902-2346

Turtle & Hughes
1900 Lower Road
Linden, NJ 07036

Underwater Services Inc.
PO Box 1461
Aransas Pass, TX 78335

United Rentals
PO Box 840514
Dallas, TX 75284-0514

UPS
2085 Lynnhaven Pkwy #106-601
Virginia Beach, VA 23456

US Small Business Administration
10737 Gateway West #300
El Paso, TX 79935

Valley Day & Night Clinic
3302 Boca Chica Blvd
Brownsville, TX 78521-4202

Vessel Repair Construction
PO Box 965
Groves, TX 77619

Vicbat Inc.
PO Box 4985
Victoria, TX 77903

Victoria Air Conditioning
200 S. Ben Jordan
Victoria, TX 77901