United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| **DIAMOND SERVICES CORPORATION** | **CIVIL ACTION NO: 3:21-cv-00078** |
| **VERSUS** | **DISTRICT JUDGE** |
| | **HON. JEFFREY V. BROWN** |
| **TW LAQUAY MARINE, LLC. and** | |
| **TRAVELERS CASUALTY AND SURETY** | **MAGISTRATE JUDGE** |
| **COMPANY OF AMERICA** | **HON. ANDREW M. EDISON** |

**Order on Motion to Dismiss TW LaQuay Marine, LLC with Prejudice**

Considering the foregoing Motion to Dismiss TW LaQuay Marine, LLC with prejudice, filed by Diamond Services Corporation;

The motion is GRANTED. TW LaQuay is dismissed with prejudice.

Galveston, Texas this   31st   day of   March  , 2022.

_____
UNITED STATES DISTRICT JUDGE

1