UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| **DIAMOND SERVICES CORPORATION** | **CIVIL ACTION NO: 3:21-cv-00078** |
| **VERSUS** | **DISTRICT JUDGE** |
| | **HON. JEFFREY V. BROWN** |
| **TW LAQUAY MARINE, LLC. and** | |
| **TRAVELERS CASUALTY AND SURETY** | **MAGISTRATE JUDGE** |
| **COMPANY OF AMERICA** | **HON. ANDREW M. EDISON** |

### Notice of Appeal

Notice is hereby given that plaintiff Diamond Services Corporation appeals to the United States Court of Appeals for the Fifth Circuit from this Court's judgment dated March 24, 2022, Rec. Doc. 30, dismissing Diamond Services Corporation's suit against Travelers Casualty and Surety Company of America with prejudice, as well as all other orders, rulings and decrees leading up to and related to that judgment that are adverse to Diamond Services Corporation.

Respectfully submitted:

**BOHMAN | MORSE LLC**

/s/Harry E. Morse
MARTIN S. BOHMAN (#22005)
HARRY E. MORSE (#31515)
400 Poydras Street, Suite 2050
New Orleans, LA  70130
Telephone: (504) 930-4030
E-Mail: harry@bohmanmorse.com
E-Mail: martin@bohmanmorse.com

*Attorneys for Diamond Services Corporation*

1